**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**ELKINS**

**RANDY KENDALL,**

       **Petitioner,**

**v.**                                                   **Civil Action No. 2:10-CV-122**
                                                             **(BAILEY)**

**TIMOTHY STEWART,**

       **Respondent.**

## ORDER

On March 23, 2011, Magistrate Judge James E. Seibert filed his Report and Recommendation ("R&R")(Doc. 19), wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within fourteen (14) days after being served with a copy of the R&R. No objections to the R&R have been filed. Accordingly, this Court will proceed with consideration of the R&R reviewing for clear error.[1]

Upon examination of the report from the Magistrate Judge, it appears to this Court that the issues raised by the Petitioner's Application for Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, were thoroughly considered by Magistrate Judge Seibert in his R&R. As found by the Magistrate Judge, the petitioner cannot show any clear constitutional violation or that BOP officials violated the Second Chance Act. This Court, upon a review for clear error, is of the opinion that the R&R accurately reflects the law applicable to this case. Therefore, it is

---

[1] The failure of a party to object to an R&R waives the party's right to appeal from a judgment of this Court based thereon and, additionally, relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See **Wells v. Shriners Hospital**, 109 F.3d 198, 199-200 (4th Cir. 1997); **Thomas v. Arn**, 474 U.S. 140, 148-153 (1985).

**ORDERED** that Magistrate Judge Seibert's R&R (Doc. 19) be, and the same hereby is, **ADOPTED**. Accordingly, it is

**ORDERED** that Respondent's Motion to Dismiss (Doc. 14) shall be, and the same hereby is, **GRANTED**. It is further

**ORDERED** that the petitioner's Application Under 28 U.S.C. § 2241 for Writ of Habeas Corpus (Doc. 1) shall be, and the same hereby is **DENIED** and **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Clerk shall enter judgment for the respondent. It is further

**ORDERED** that the above-styled action shall be **STRICKEN** from the docket of this Court. It is further

**ORDERED** that, if a party should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, the petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed *in forma pauperis* from the United States Court of Appeals for the Fourth Circuit.

The Clerk of Court is directed to transmit a copy of this Order to all parties appearing herein.

**DATED**: April 12, 2011.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE